# JACKSONVILLE SHERIFF'S OFFICE
## 501 E. BAY STREET
## JACKSONVILLE, FLORIDA 32202-2975

FILED

3:15-cv-690-J-39JRK

## EMPLOYEE COMPLAINT FORM

JUN -9 PM 1:50

CLERK US DISTRICT COURT
MIDDLE DIST OF FLORIDA
JACKSONVILLE FLORIDA

**Nature of Incident/Event:** Abuse / False imprisonment

## SHERIFF'S OFFICE EMPLOYEE INFORMATION

| Employee's Name and ID# (if known) | | | | |
|---|---|---|---|---|
| JSO | | | | |
| Race | Sex | Height | Weight | Approximate Age |
| | | | | |
| Other Identifying Characteristics | | | | |
| Vehicle or Tag # | Vehicle Model | | In Uniform | |
| Employee Vehicle Description (Marked/Unmarked, Color) | | | | |

**Location of Incident/Event:** 8th Street

**Day and Date of Incident/Event:** May 30, 2015

**Time:** 1:45 am

**Today's Date and Time:** June 7, 2015  9:00 pm

## CITIZEN INFORMATION

**Citizen's Name (First MI Last):** John Albert Williams

**Home Address:** [redacted]

**City:** Jacksonville **State:** FL **Zip Code:** 32208

**Race:** Black **Sex:** Male **D.O.B.:** [redacted]/1996

**Home # (904):** [redacted] **Business # (904):** [redacted] **Cell # (904):** [redacted]

**Name of Witness (First MI Last):** Joyce Lanet Long

**Witness Address:** [redacted] **City, State:** Jacksonville FL **Zip Code:** 32208

**Witness Phone Number(s):** (904)-[redacted] / (904)-[redacted]

**EXPLANATION OF EVENT:** (Also list on the back any additional information, employees, witnesses, etc)

On the date of May 30, 2015 I was involved in an incounter with JSO, appon being approched I was laying face down in the dirt with my hands out (visible) the sheriff's office released their jermin K9 knowing that I was not a threat. the dog then began to bite into my arm ripping and shaking tearing nerves and tissues. (still no resistance) As this continues with the K9 approximately 7 to 10 officers run towards me and began kicking

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** [signature]
All Information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| | | |

P-0235 Rev. 03/2009

I.A. # _____

## JACKSONVILLE SHERIFF'S OFFICE
## EMPLOYEE COMPLAINT FORM
## NARRATIVE CONTINUATION SHEET

Continue explanation of incident/event, listing additional witnesses and employees. List names, addresses and phone numbers of all additional parties.

and stomping my face into the dirt, saying to stop resisting (still no resistance) the dog then began to bite on other places such as my leg and part of my privet area. I passed out, when I regain conscious I was pulled up to my feet with handcuffs on. I passed out once again due to the officers squeezing on my wound on my left arm. (Time 2:30 am) I was put into an officers car and taken to a armed Robbery victim, who in which stated that "I was Not the person who robbed them" then during this time I also heard the victim state that the suspect had a bald hair-cut. I have (dreads) The officer began to get agitated and began to yell at the victim saying that "he has on clothes like the description and he has money." (Time 3:00 am) still haven't been to hospital for wound care. (Friday evening I was paid by my sister. She has her own business.) After leaving the victims. The officer then took me to the memorial building for interviewing still about this Robbery. (Not in Stable Mind State) knowingly the detective tries to get me to talk, between regaining and going on conscious, bleeding from dog bite, and being on alot of chilly the officer still tries to get me to talk. I don't think that signed the paper work agreeing to give my statement, and if I did it was alot of jammer jimmer. (Time arrived to memorical building 3:30 am). (Leaving Time 6:00 am) Then now is when I go to shands hospital. I was at the hospital for hours and did not get any food or anything to drink. During my being arrested I did not get my rights read to me, or a chance to be told what I was charged with. Took my money and took grandfathers ring not in property.

If not the Civil Rights
Complaint form (1983)